**FILED**
CLERK, U.S. DISTRICT COURT

03/07/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: D. Brown     DEPUTY

1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | ) | Case No.: 5:22-MJ-00154-DUTY |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. | ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| Howard Herman Williams-Bearden, III | ) | |
| Defendant. | ) | |

16          The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the ___Southern___ District of

18   ___California___ for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A.  (×)   The defendant has not met his/her burden of establishing by clear and

23                convincing evidence that he/she is not likely to flee if released under 18

24                U.S.C. § 3142(b) or (c).  This finding is based on the following:

25                (×)    information in the Pretrial Services Report and Recommendation

26                (×)    information in the violation petition and report(s)

27                ( )    the defendant's nonobjection to detention at this time

28                (×)        allegations in petition, including absconding and travel
                            outside the district without authorization

1

1    and/ or

2    B. ( )    The defendant has not met his/her burden of establishing by clear and

3            convincing evidence that he/she is not likely to pose a danger to the safety

4            of any other person or the community if released under 18 U.S.C.

5            § 3142(b) or (c).  This finding is based on the following:

6            ( )    information in the Pretrial Services Report and Recommendation

7            ( )    information in the violation petition and report(s)

8            ( )    the defendant's nonobjection to detention at this time

9            ( )    other: _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated: 3/07/2022

15            _____

             KENLY KIYA KATO

             UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2